**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 07 - CV - 0 2 2 2 9   *BnB*

OCT 2 2 2007

GREG........   .....NGHAM
CLERK

(The above civil action number must appear on all future papers
sent to the Court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

CHRIS MYERS,

     Plaintiff,

v.

CAPT. JOHN DOE, USP Florence,
WARDEN JOHN DOE, USMCFP,
SIA WILLNER, USP Florence,
COOMDER ALLON,
LT. MORRIS,
MRS. FROST,
GROOVES,
JOHN DOE, Chief SIS,
JOHN DOE, Regional BOP Director,
MRS. BIKER, U.M., USP FLORENCE,
WARDEN REVELL, USP Florence,
JOHN DOE, R & D Officer,
JOHN DOE, R & D Officer,
JOHN DOE, R & D Officer,
JOHN DOE, R & D Officer,
U. M. WILLNER, BA Unit Manager,
DHO JOHN DOE, Regional Office,
JEREMY WAYNE SMITH, BA 128,
RED, BA 207,
HOLGATE/HOLLISTER, BA 207,
ELLIOTT, USMCFP, Counciler [sic] on 2-1-W,
DR. ENGLE, USMCFP, AXIS II Coordinator, and
JOHN DOE, Regional Director, BOP,

     Defendants.

_____

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
INSTRUCTING PLAINTIFFS TO CURE DEFICIENCIES**

_____

Plaintiff Chris Myers, a federal prisoner currently housed in Colorado, has submitted to the Court a Civil Rights Complaint pursuant to 28 U.S.C. § 1331 and to 28 U.S.C. §§ 1346 and 2671-2680. Although Mr. Myers lists multiple Plaintiffs in the caption of the Complaint, he is the only Plaintiff who has signed the Complaint. The Court further notes that none of the claims raised in the Complaint involve any named Plaintiff other than Mr. Myers.

Furthermore, the Court finds that Mr. Myers is an abusive litigator and is subject to filing restrictions under 28 U.S.C. § 1915(g). *See Myers v. Unknown Defendants*, No. 03-cv-90695-RP (S. D. Iowa Dec. 11, 2003) (dismissed pursuant to § 1915(g); citing previously dismissed frivolous cases). The court docket for the United States District Court for the Southern District of Iowa shows that Mr. Myers has filed over 170 cases in that court. Plaintiff also has filed at least twenty appeals in the United States Court of Appeals for the Eighth Circuit.

The Court further finds that Mr. Myers has asserted imminent danger in cases that he filed in other federal courts, but the courts found that his claims of imminent danger were incredulous. Plaintiff is warned that this Court will not tolerate such filings and will without hesitation sanction Mr. Myers for abuse of the Court's judicial resources.

The Clerk of the Court, however, will be directed to commence a civil action as part of the Court's review pursuant to D.C.COLO.LCivR 8.2. Mr. Myers will be instructed to file a new Complaint and an *in forma pauperis* request in keeping with this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

| | | |
|---|---|---|
| (1) | __ | is not submitted by Plaintiff |
| (2) | __ | is missing affidavit |
| (3) | X | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | __ | is missing required financial information |
| (5) | __ | is missing an original signature by the prisoner |
| (6) | X | is not on proper form (must use the Court's current form) |
| (7) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (8) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | __ | other _____ |

**Complaint, Petition or Application**:

| | | |
|---|---|---|
| (10) | __ | is not submitted |
| (11) | X | is not on proper form (must use the Court's current form) |
| (12) | | pleading submitted is missing an original signature by all of the prisoners |
| (13) | __ | is missing page nos. ___ |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies of the complaint for service on each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | Other |

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any paper that either Plaintiff files in response to this Order must include the civil action number that is in the caption of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff a copy of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff two copies of the Prisoner Complaint Court-approved form and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the Complaint and action will be dismissed without further notice.

DATED at Denver, Colorado, this *22nd* day of *October*_____, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   07 - CV - 02229

Chris Myers
Reg. No. 11921-030
USMCFP – Springfield
PO Box 4000
Springfield, MO 65801

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on _10/23/07_

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk