IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02229-BNB

CHRIS MYERS,

    Plaintiff,

v.

CAPT JOHN DOE, USP Florence,
WARDEN HENDERSON, USMCFP,
WARDEN REVIL, USP Florence,
SJA WILNER, USP Florence,
COUNCILER [sic] ALLAN, USMCFP,
LT. MORRIS, USMCFP, Springfield,
MRS. FROST, USMCFP,
R. GROOVES, USMCFP,
JOHN DOE, SJA CHIEF, USMCFP,
SJA CHEVEZ, USP Florence,
JOHN/JANE DOE, MC Regional BOP Director,
U. M. BARKER, EB, USP Florence,
JOHN DOE, R & D Officer, USP Florence,
JOHN DOE, R & D Officer, USP Florence,
JOHN DOE, R & D Officer, USP Florence,
JOHN DOE, R & D Officer, USP Florence,
JOHN DOE, Regional DHO,
MRS. WILNER, Unit Manager, USP Florence,
MR. HANSEN, BA Counciler [sic],
JEREMY WAYNE SMITH,
JOHN DOE, a.k.a. RED in BA-207,
HOLGATE/HOLLISTER in BA 207,
R. ELLIOTT, Counciler [sic] at USMCFP, Springfield,
DR. ENGLE, USMCFP, Axis II Coordinator,
JOHN/JANE DOE, Office of General Council, BOP,
MS. YORK, USMCFP, Springfield,
SMITH, a.k.a. GIT, USMCFP, Springfield,
MRS. BURKS, USMCFP, and
DEBRA SCORPENITTI, AUSA, Des Moines, IA.,

    Defendants.

---

## ORDER OF DISMISSAL

---

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 1 2008

GREGORY C. LANGHAM
CLERK

On February 7, 2008, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restrictions in § 1915(g). The Court also ordered Plaintiff to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. Plaintiff was warned that the Complaint and the action would be dismissed if he failed to pay the filing fee within thirty days. On February 14, 2008, the February 7, 2008, Order was returned to the Court in an envelope marked, "Return to Sender Attempted Not Known Unable to Forward," and "Attempted Not Known." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address.

Nonetheless, Plaintiff now has failed to pay the filing fee within the time allowed. Therefore, the Complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice because Plaintiff failed to pay the filing fee.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02229-BNB

Chris Myers
Reg. No. 11921-030
USMCFP – Springfield
PO Box 4000
Springfield, MO 65801

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk